IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MIGUEL ANGEL CUEVAS,

  Petitioner,

    v.

DARLENE DREW
WARDEN, ATLANTA-USP,

  Respondent.

CIVIL ACTION FILE
NO. 1:14-CV-2742-TWT

**ORDER**

This is a pro se habeas corpus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action on the grounds that the Petitioner's claims have been repeatedly rejected in the sentencing court, the Eighth Circuit and in this Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 10 day of October, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Cuevas\r&r.wpd